FOURTH DEPARTMENT, JUNE, 1970

(June 25, 1970)*

In the Matter of MARILYN GREY, Petitioner, v. JEFFERSON COUNTY COURT et al., Respondents.—

Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.

FIRST DEPARTMENT, OCTOBER, 1970

(October 1, 1970)

ANONYMOUS, Respondent, v. ANONYMOUS, Appellant.—

Concur — Eager, J. P., Capozzoli, Nunez and Steuer, JJ.

In the Matter of JOHN M. LAWRENCE, Petitioner, v. SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, et al., Respondents —

Concur — Capozzoli, J. P., McGivern, Nunez, McNally and Tilzer, JJ.

MARGARET GARDNER, Respondent, v. FIRST NATIONAL CITY BANK, Defendant, and ADOLPH HOLTZER, Appellant.—

Concur — Stevens, P. J., Capozzoli, McGivern and Steuer, JJ.